IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEKSANDR SNETKOV, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-1761-FB |
| | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY; KRISTI NOEM, In Her Official | § | |
| Capacity as Secretary of the U.S. Department of | § | |
| Homeland Security; PAMELA BONDI, In Her | § | |
| Official Capacity as Attorney General of the | § | |
| of the United States; TODD M. LYONS, In His | § | |
| Official Capacity as Acting Director of | § | |
| Immigration and Customs Enforcement; | § | |
| SYLVESTER ORTEGA, In His Official | § | |
| Capacity as ICE San Antonio Field Office | § | |
| Director; and BOBBY THOMPSON, In His | § | |
| Official Capacity as Warden of South Texas | § | |
| ICE Processing Center, | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>

Before the Court are Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2); Federal Respondents' Response in Opposition to Petitioner's Motion for Temporary Restraining Order (ECF No. 9); and Petitioner's Reply in Support of Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 11).  After careful consideration, the Court is of the opinion that the request for the issuance of a temporary restraining order and preliminary injunctionshould be denied because Petitioner "seeks an injunction granting the same ultimate relief he seeks on the merits of this already-expedited habeas proceeding." *Garcia-Aleman v. Thompson*, No. SA-25-CV-00886-OLG-HJB, 2025 WL 3769302, at *1 (W.D. Tex. Oct. 30, 2025) (citing *Stines v. Superintendent*, No. 9:24-CV-456 (LEK), 2025 WL 1448358, at *2 (N.D.N.Y. May 20, 2025) ("Where

a motion for a preliminary injunction mirrors a petitioner's allegations in support of habeas relief, and where the preliminary injunction seeks the same relief—immediate release, the motion for preliminary injunction may be denied.") (citation modified); *Jimenez v. Decker*, No. 21-CV-880 (VSB), 2021 WL 826752, at *11 (S.D.N.Y. Mar. 3, 2021) (granting habeas petition and mooting motion for "virtually identical" preliminary injunctive relief); *Meade v. Spaulding*, No. 3:16-CV-2212, 2017 WL 3425181, at *2 (M.D. Pa. Aug. 9, 2017) ("Because the injunctive relief sought by [the petitioner] directly relates to the merits of the ultimate issues in this lawsuit, the Court will refrain from granting injunctive relief, and instead will issue a decision addressing the merits of the habeas petition."); *Chambliss v. Ashcroft*, No. 3:04-CV-298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004) (recommending preliminary injunction be denied and habeas briefing be expedited because the preliminary relief was "the same as the relief sought through the habeas petition"), report and recommendation adopted. No. CIV.A. 3:04-CV-298D, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005)).

Accordingly, IT IS HEREBY ORDERED that Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) is DENIED.

It is so ORDERED.

SIGNED this 20th day of May, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE

-2-