IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEKSANDR SNETKOV,<br><br>   *Plaintiff,*<br><br>vs.<br><br>MARKWAYNE MULLIN,[1] IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES;[2] TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, N HIS OFFICIAL CAPACITY AS ICE SAN ANTONIO FIELD OFFICE DIRECTOR; AND BOBBY THOMPSON, IN HIS OFFICIAL CAPACITY AS WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER;<br><br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-25-CV-01761-FB |

**ORDER DIRECTING THE ISSUANCE OF
WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

This case is set for an Evidentiary Hearing on June 30, 2026, at 1:30 p.m., before the

Honorable Elizabeth S. Chestney at the United States Courthouse, 262 West Nueva Street, San

Antonio, Texas, 78207.

---

[1] Markwayne Mullin replaced Kristi Noem as the Secretary of the Department of Homeland Security on March 23, 2026, and is therefore automatically substituted as a Defendant in this action. *See* Fed. R. Civ. P. 25(d).

[2] Todd Blanche replaced Pamela Bondi as the Attorney General of the United States on April 2, 2026, and is therefore automatically substituted as a Defendant in this action. *See* Fed. R. Civ. P. 25(d).

The presence of Petitioner Aleksandr Snetkov, who is currently in the custody of Warden Bobby Thompson of the South Texas ICE Processing Center, is necessary at the Evidentiary Hearing.  Accordingly,

**IT IS ORDERED** that Petitioner shall be transported to the Courthouse for the hearing and shall be present in the courtroom for the hearing.

The Clerk is **furthermore ORDERED** to:

(1) Once executed, enter the Writ attached to this Order into the record;

(2) Provide copies by U.S. Certified Mail of the Order Setting In-Person Evidentiary Hearing [#22], this Order, and the Writ to the following address and enter the certified mail receipt into the record:

> **Warden Bobby Thompson**
> **South Texas ICE Processing Center**
> **566 Veterans Drive**
> **Pearsall, Texas 78061**

(3) Deliver courtesy copies of the Order Setting In-Person Evidentiary Hearing [#22], this Order, and the Writ to the office of the U.S. Marshal, Western District of Texas, San Antonio Division.

**It is FURTHER ORDERED** that if Petitioner Aleksandr Snetkov is to be moved from his present unit before the date of the evidentiary hearing, Warden Thompson must contact Court chambers immediately—via email directed to abigail_chaparro@txwd.uscourts.gov—and obtain leave of the Court for any such move prior to it occurring. The Court so orders to protect its

jurisdiction over this matter.

**IT IS SO ORDERED.**

SIGNED this 26th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEKSANDR SNETKOV, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | |
| MARKWAYNE MULLIN,[3] IN HIS | § | |
| OFFICIAL CAPACITY AS SECRETARY | § | |
| OF THE U.S. DEPARTMENT OF | § | |
| HOMELAND SECURITY; TODD | § | |
| BLANCHE, IN HIS OFFICIAL | § | |
| CAPACITY AS ATTORNEY GENERAL | § | SA-25-CV-01761-FB |
| OF THE UNITED STATES;[4] TODD M. | § | |
| LYONS, IN HIS OFFICIAL CAPACITY | § | |
| AS ACTING DIRECTOR OF | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; SYLVESTER | § | |
| ORTEGA, N HIS OFFICIAL CAPACITY | § | |
| AS ICE SAN ANTONIO FIELD OFFICE | § | |
| DIRECTOR; AND BOBBY THOMPSON, | § | |
| IN HIS OFFICIAL CAPACITY AS | § | |
| WARDEN OF SOUTH TEXAS ICE | § | |
| PROCESSING CENTER; | § | |
| | § | |
| *Defendants.* | § | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**TO:    Warden Bobby Thompson**
**South Texas ICE Processing Center**
**566 Veterans Drive**
**Pearsall, Texas 78061**

---

[3] Markwayne Mullin replaced Kristi Noem as the Secretary of the Department of Homeland Security on March 23, 2026, and is therefore automatically substituted as a Defendant in this action. *See* Fed. R. Civ. P. 25(d).

[4] Todd Blanche replaced Pamela Bondi as the Attorney General of the United States on April 2, 2026, and is therefore automatically substituted as a Defendant in this action. *See* Fed. R. Civ. P. 25(d).

You are hereby **ORDERED** to deliver the body of Petitioner Alexsandr Snetkov, a prisoner in your custody, for an evidentiary hearing on June 30, 2026, at 1:30 p.m., before the Honorable Elizabeth S. Chestney at the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

This writ shall be your or your representative's authority to enter the U.S. Courthouse premises. You or your representative must remain with Petitioner during the proceedings until the termination of the hearing and you must coordinate any logistics with the U.S. Marshal, Western District of Texas, San Antonio Division.

**IT IS SO ORDERED.**

SIGNED this 26th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE