IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEKSANDR SNETKOV, | § | |
| | § | |
| *Plaintiff,* | § | SA-25-CV-01761-FB |
| | § | |
| vs. | § | |
| | § | |
| MARKWAYNE MULLIN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER ORTEGA, N HIS OFFICIAL CAPACITY AS ICE SAN ANTONIO FIELD OFFICE DIRECTOR; AND BOBBY THOMPSON, IN HIS OFFICIAL CAPACITY AS WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER; | § | |
| | § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On this day, the undersigned issued a report and recommendation, recommending the Petition for Writ of Habeas Corpus [#1] be granted in part. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 2nd day of July, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE